Form JTG31 (07/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Patricia A. Wilson**<br>48 Rose Street<br>Coldwater, MI 49036<br>SSN: xxx–xx–5146<br><br>**Debtor** | **Case Number 21−01012−jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |
|---|---|

## NOTICE OF RESCHEDULED CHAPTER 13 CONFIRMATION HEARING

   PLEASE BE ADVISED that a Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines, was served upon all creditors and parties of interest in the above−referenced bankruptcy proceeding. The hearing on confirmation was previously scheduled for 6/22/2021 . Notice is hereby given that the hearing on confirmation of the debtor(s) Chapter 13 Plan has been rescheduled to be held at the **United States Bankruptcy Court, Federal Building, U.S. Courthouse, Room 114, 410 W. Michigan Avenue, Kalamazoo, MI 49007 on June 15, 2021 at 09:00 AM** .

PLEASE NOTE: The above hearing may be adjourned or continued one or more times by telephonic or written request if no objection is made at the hearing or by oral request at the hearing if no objection is made or if the objection is overruled. The court may also sua sponte adjourn or continue the hearing one or more times. If an adjournment or continuance of the above hearing is permitted, parties in interest will not be given written notice of the adjourned or continued date or any subsequent adjournment or continuance. Information regarding the time, date and place of any adjourned or continued hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division, N., 2nd Floor, Grand Rapids, Michigan. Information about a PACER login and password may be obtained by either contacting the PACER service center by telephone between 8:00 a.m. and 5:00 p.m. Monday through Friday CST at (800) 676−6856 or via its web site at http://pacer.psc.uscourts.gov.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** May 20, 2021

/S/_____
V. Wyn
Deputy Clerk

This Notice shall be served by the Court via electronic notification and transmitted to the Bankruptcy Noticing Center for service upon all creditors and parties of interest appearing of record herein. ( 5/20/21 − vkw )

---

[1] Aliases for Debtor Patricia A. Wilson : dba Conant's Accounting 38−2137271